IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA       :
                               :
v.                             :     1:19CR487-1
                               :
TERRELL LEE MCLAMB             :

The United States Attorney charges:

1. At all times material to this Information, Modern Nails, located at 3415 Westgate Drive, Durham, North Carolina, was engaged in the nail salon business, an industry which affects interstate commerce.

2. On or about February 1, 2016, in the County of Durham, in the Middle District of North Carolina, TERRELL LEE MCLAMB did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that TERRELL LEE MCLAMB did knowingly and unlawfully take and obtain property belonging to Modern Nails, located at 3415 Westgate Drive, Durham, North Carolina, from the possession of an employee of the said business against her will by means of actual and

threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Sections 1951(a) and 2.

DATED: September 4, 2019

MATTHEW G.T. MARTIN
United States Attorney

_____
BY: TERRY M. MEINECKE
Assistant United States Attorney

2